## Eliza B. Carney, Administratrix, Appellee, v. George W. Baker, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of DeWitt county; the Hon. FRANK H. BOGGS, Judge, presiding. Heard in this court at the October term, 1915. Reversed and remanded. Opinion filed October 13, 1916.

### Statement of the Case.

Action of assumpsit by Eliza B. Carney, administratrix of the estate of William E. Carney, deceased, against George W. Baker, defendant, to recover for personal services rendered by deceased to defendant. From a judgment for plaintiff for $384.10, defendant appeals.

W. F. GRAY, for appellant.

HERRICK & HERRICK, for appellee.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

## Abstract of the Decision.

1. MASTER AND SERVANT, § 84*—*when evidence insufficient to sustain judgment in favor of administratrix for personal services of deceased servant.* In an action by the administratrix of the estate of the deceased servant against the master to recover for personal services, evidence *held* insufficient to sustain the judgment.

2. WITNESSES, § 132*—*what is extent of disqualification of witness against adverse party suing in representative capacity.* A party may testify to the. extent necessary to admit his books of accounts in evidence, notwithstanding that the adverse party is suing in a representative capacity as administratrix of the estate of the deceased person.